302 F.2d 933
 GRACE LINE INC., as Owner of S.S. SANTA MARGARITA, Libelant-Appellant,
v.
UNITED STATES LINES COMPANY and S.S. AMERICAN MANUFACTURER, her engines, boilers, etc., Respondant-Claimant-Appellee,
v.
TUG JOSEPH H. MORAN, INC., and TUG CAROL MORAN, her engines, boilers, etc., Respondent-Claimant-Appellee,
v.
MORAN TOWING & TRANSPORTATION CO., Inc., Respondent-Appellee.
 No. 326.
 Docket 27139.
 United States Court of Appeals Second Circuit.
 Argued April 25, 1962.
 Decided May 23, 1962.
 
 Libelant appeals from a judgment of the United States District Court for the Southern District of New York, Henry J. Friendly, Circuit Judge, sitting by designation, dismissing the libel after a trial without a jury.
 David C. Wood, New York City (Eli Ellis and Hill, Betts, Yamaoka, Freehill & Longcope, New York City, on the brief), for libelant-appellant.
 John F. Gerity, New York City (Donn Borg and Kirlin, Campbell & Keating, New York City, on the brief), for respondent-appellee, United States Lines Company.
 Kenneth H. Volk, New York City (Eugene Underwood and Burlingham, Underwood, Barron, Wright & White, New York City, on the brief), for respondents-appellees, Tug Joseph H. Moran, Inc., Tug Carol Moran, Moran Towing & Transportation Co., Inc.
 Before MOORE, SMITH and MARSHALL, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the opinion below which is reported at D.C., 193 F.Supp. 664.